*Decree need not contain an award of an execution for costs.*

The illegal charges embraced in the notice for retaxation, and which should be disallowed, amount to $16.44; which sum must be deducted from the bill as taxed. And as the complainant has only succeeded as to a part of the items as to which he asked for a retaxation, neither party is to have costs as against the other upon this application.

*Emily W. Pattison v. Elias Pattison.* J. BENEDICT, for complainant. Decree for divorce, on the ground of adultery, with costs. Custody of child awarded to wife, with liberty to her to apply for an allowance for alimony, and for the support of the child.

*John B. Stevenson v. Hay Stevenson et al.* W. SILLIMAN, for appellant; H. MAXWELL, for respondent. Order appealed from affirmed with costs.